IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALFA INSURANCE CORPORATION , | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-358 (MTT) |
| | * |
| MATT GILBERT, THREE OAKS CONSTRUCTION AND DEVELOPMENT, INC., JONES LAND DEVELOPERS, LLC, ZETA ROWNTREE, CHUCK ROBINSON, and KRISTIE ROBINSON, | * * * |
| Defendants. | |

## DEFAULT DECLARATORY JUDGMENT

Pursuant to this Court's Order dated February 8, 2022, and for the reasons stated therein, DEFAULT JUDGMENT is hereby entered against Defendants Matt Gilbert, Three Oaks Construction and Development, Inc., and Jones Land Developers, LLC as follows: Plaintiff Alfa Insurance Corporation is not obligated to defend, indemnify, or otherwise provide insurance coverage for these defendants for any claims arising out of the underlying action, including claims for damages arising out of certain construction actions taken on the Property in Monroe County, Georgia, as referenced in the underlying action.

This 9th day of February, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk